UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK U. DENNIS, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

PLANTRONICS, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2019
```

19 Civ. 4049 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 7, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by July 1, 2019. ECF No. 6 ¶¶ 4–5. The parties have failed to do so. Accordingly, it is hereby ORDERED that by **July 3, 2019**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 2, 2019
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge